Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
DENIS PONCE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DENIS ZACARIAS PONCE CASTILLO,<br><br>　　　　　　Defendant. | Case No.: 2:22-CR-00064 JAM<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO RESET BAIL HEARING** |

**STIPULATION**

　　Defendant Denis Ponce, by and through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

　　1.　Defendant's bail hearing was previously set for April 21, 2022.

　　2.　By this stipulation, defendant now moves to reset the hearing to April 22, 2022, to ensure adequate time for preparation is afforded.

　　3.　Pretrial Services has confirmed its availability on April 22, 2022.

　　By previous order, time is excluded under Local Code T4 until the next Status Conference, currently scheduled on May 24, 2022.

**Stipulation and Order to Reset Bail Hearing**

IT IS SO STIPULATED.

Dated:  April 20, 2022                                   /s/ ETAN ZAITSU
                                                        ETAN ZAITSU
                                                        Counsel for Defendant
                                                        DENIS PONCE

Dated:  April 20, 2022                                   PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ DAVID SPENCER
                                                        DDAVID SPENCER
                                                        Assistant United States Attorney


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of April, 2022.

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order to Reset Bail Hearing**