<table>
<tr><td>UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA</td><td>**FILED**<br>April 25, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA</td></tr>
</table>

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00064-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| DENIS ZACARIAS PONCE CASTILLO, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>DENIS ZACARIAS PONCE CASTILLO</u> , Case No.  <u>2:22-cr-00064-JAM</u>  Charge <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ _____

    __X__    Unsecured Appearance Bond $   45,000

    \_\_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_\_    Appearance Bond with Surety

    \_\_\_\_\_    Corporate Surety Bail Bond

    \_\_\_\_\_    (Other):  The defendant's release is delayed until

    __X__    <u>04/27/2022 at 9:00 AM; release to Ashley Nicole Castillo.</u>

Issued at Sacramento, California on April 25, 2022, at 3:10 PM.

By: _/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE