Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DENIS PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENIS ZACARIAS PONCE CASTILLO,<br><br>    Defendant. | Case No.: 2:22-CR-00064<br><br>[~~PROPOSED~~] ORDER |

Pursuant to Local Rule 140(b) and 141(b) and based upon the representation contained in the Defendant's Request to Redact, IT IS HEREBY ORDERED that court-approved third-party names shall be redacted from documents or other entries prior to filing on the docket. Unredacted versions are to be emailed directly to the court.

It is further ordered that access to such third-party names shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Pretrial Services.

The Court finds that, for the reasons stated in the Defendant's request, redactions are appropriate under the circumstances.

DATE: April 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Order**