Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DENIS PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DENIS ZACARIAS PONCE CASTILLO,<br><br>                    Defendant. | Case No.: 2:22-CR-00064 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant Denis Ponce, and David Spencer, Assistant United States Attorney, that Special Condition 14 be added as follows:

"14. Your passport will be released to your custodian, ███████████████, on **May 2, 2022**, subject to the following conditions: a) your passport must be re-surrendered to the Clerk, U.S. District Court, no later than **May 16, 2022, at 4:00 p.m**.; b) unless otherwise approved by Pretrial Services, your passport may only be used to secure a California Identification card through the DMV, and for medical appointments."

This modification has been requested by Mr. Ponce and his counsel because Mr. Ponce will need his passport in order to obtain a California I.D. Prior to receiving such I.D., Mr. Ponce will need his passport for medical appointments.

Pretrial Services and the Government are in agreement with this condition.

1

**Stipulation For Modification of Pretrial Release Condition**

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part of the record herein.

IT IS SO STIPULATED

| | |
|---|---|
| Dated: April 28, 2022 | Respectfully submitted, |
| | /s/ Etan Zaitsu |
| | ETAN ZAITSU |
| | Attorney for Defendant |
| | DENIS PONCE |
| Dated: April 28, 2022 | /s/ David Spencer |
| | DAVID SPENCER |
| | Assistant U.S. Attorney |

**Stipulation For Modification of Pretrial Release Condition**

**[~~PROPOSED~~] ORDER**

Based upon the foregoing stipulation of the parties and with no opposition from the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the terms of the special conditions of release be modified as set forth above. The Amended Special Conditions of Pretrial Release is ordered filed. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated: April 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Modification of Pretrial Release Condition**