Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DENIS PONCE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DENIS ZACARIAS PONCE CASTILLO,<br><br>　　　　　　　Defendant. | Case No.: 2:22-CR-00064 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER; REQUEST TO MODIFY TERMS OF UNSECURED BOND** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant Denis Ponce, and David Spencer, Assistant United States Attorney, that ▇▇▇▇▇▇▇ be relieved as co-signer of an unsecured bond, and that ▇▇▇▇▇▇▇ increase her unsecured bond obligation from $25,000 to $35,000.

　　　　This stipulation is based on representations made by defense counsel that ▇▇▇▇▇▇▇ is no longer able to sign an unsecured bond in any amount due to personal circumstances that have arisen since her original agreement to sign. ▇▇▇▇▇▇▇, however, has agreed to increase her unsecured bond obligation to make up the difference. Pretrial Services has confirmed ▇▇▇▇▇▇▇ agreement.

　　　　While the United States continues to agree with the recommendation of Pretrial Services that there is presently no condition or combination of conditions adequate to overcome the risk of non-appearance, in light of the Court's order that defendant be released

**Stipulation for Modification of Unsecured Bond Terms**

on a total of $45,000 in unsecured, co-signed bonds, as well as location monitoring and other conditions, the United States does not object to the proposed modification.

Based upon the stipulations and representations made herein, the parties now request an order modifying the apportionment of the total unsecured bond amount of $45,000 as follows: 1) ▮▮▮▮▮▮▮▮ will be responsible for $35,000; 2) ▮▮▮▮▮▮▮▮ will maintain her responsibility for $10,000; and 3) ▮▮▮▮▮▮▮▮ will be relieved as co-signer of any unsecured bond amount

Pretrial Services is in agreement with the proposed modification.

IT IS SO STIPULATED AND REQUESTED

Dated:  May 4, 2022                               Respectfully submitted,

/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
DENIS PONCE

Dated:  May 4, 2022                               /s/ David Spencer
DAVID SPENCER
Assistant U.S. Attorney

**Stipulation for Modification of Unsecured Bond Terms**

**[~~PROPOSED~~] ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, the Court grants the defendant's request to modify the apportionment of the $45,000 unsecured bond amount as set forth above. The modification is ordered filed. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated: May 4, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

**Stipulation for Modification of Unsecured Bond Terms**