Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DENIS PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>DENIS ZACARIAS PONCE CASTILLO,<br><br>                   Defendant. | Case No.: 2:22-CR-00064 JAM<br><br>**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE** |

      The parties, through their respective counsel, Etan Zaitsu, attorney for defendant Denis Ponce, and David Spencer, Assistant United States Attorney, stipulate to modifying Special Condition 14 as follows:

      "14. Your passport will be released to your custodian, **Ashley Nichole Castillo**, on **June 27, 2022**, subject to the following conditions: a) unless otherwise authorized by Pretrial Services, your passport must be re-surrendered to the Clerk's Office for the U.S. Eastern District of California no later than **July 11, 2022, at 4:00 p.m**.; b) your passport may only be used for appointments approved by your Pretrial Services Officer."

      This modification has been requested by Mr. Ponce for tax and other preapproved purposes.

      Redaction is required pursuant to the Order at Dkt. 44.

      Both Pretrial Services and the Government are in agreement with this modification.

**Stipulation For 2nd Modification of Pretrial Release Condition**

1  Accordingly, the parties respectfully request the Court adopt this proposed stipulation
2  and order the Second Amended Special Conditions of Pretrial Release, attached hereto, filed
3  and made a part of the record herein.
4  IT IS SO STIPULATED

| | |
|---|---|
| Dated: June 24, 2022 | Respectfully submitted, |
| | /s/ Etan Zaitsu |
| | ETAN ZAITSU |
| | Attorney for Defendant |
| | DENIS PONCE |
| Dated: June 24, 2022 | /s/ David Spencer |
| | DAVID SPENCER |
| | Assistant U.S. Attorney |

**Stipulation For 2nd Modification of Pretrial Release Condition**

**ORDER**

Based upon the foregoing stipulation of the parties, with no opposition from the pretrial services officer, and good cause appearing, the Court grants the Defendant's request to modify Special Condition 14 as set forth above. The Seconded Amended Special Conditions of Pretrial Release is ordered filed. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated:  June 24, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation For 2nd Modification of Pretrial Release Condition**