Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
DENIS PONCE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DENIS ZACARIAS PONCE CASTILLO,<br><br>    Defendant. | Case No.: 2:22-CR-00064 JAM<br><br>**STIPULATION AND [PROPOSED]  ORDER FOR THIRD AMENDED SPECIAL CONDITIONS OF PRETRIAL RELEASE** |

The parties, through their respective counsel, Etan Zaitsu, attorney for defendant Denis Ponce, and David Spencer, Assistant United States Attorney, stipulate to modifying Special Condition 14 as follows:

"14. Your passport will be released to your custodian, **Ashley Nichole Castillo**, on **October 21, 2022**, subject to the following conditions: a) unless otherwise authorized by Pretrial Services, your passport must be re-surrendered to the Clerk's Office for the U.S. Eastern District of California no later than **November 4, 2022, at 4:00 p.m**.; b) your passport may only be used for appointments approved by your Pretrial Services Officer."

Redaction of the above is required pursuant to the Order at Dkt. 44.

This third modification has been requested by Mr. Ponce to obtain his California Driver's License. Both Pretrial Services and the Government are in agreement with this modification.

1

**Stipulation for 3rd Modification of Pretrial Release Condition**

1  Accordingly, the parties respectfully request the Court adopt this proposed stipulation
2  and order the Third Amended Special Conditions of Pretrial Release, attached hereto, filed and
3  made a part of the record herein.
4  IT IS SO STIPULATED

6  Dated: October 18, 2022                    Respectfully submitted,

7                                              /s/ Etan Zaitsu
8                                              ETAN ZAITSU
                                               Attorney for Defendant
9                                              DENIS PONCE

10 Dated: October 18, 2022                    /s/ David Spencer
11                                             DAVID SPENCER
                                               Assistant U.S. Attorney

2

**Stipulation for 3rd Modification of Pretrial Release Condition**

**[PROPOSED] ORDER**

Based upon the foregoing stipulation of the parties, with no opposition from the pretrial services officer, and good cause appearing, the Court grants the Defendant's request to modify Special Condition 14 as set forth above. The Third Amended Special Conditions of Pretrial Release is ordered filed. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated: October 18, 2022

_____
United States Magistrate Judge Jeremy D. Peterson

**Stipulation for 3rd Modification of Pretrial Release Condition**