Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

<span style="color:red">REDACTED</span>

Attorney for Defendant
DENIS PONCE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

 v.

DENIS ZACARIAS PONCE CASTILLO,

     Defendant.

Case No.: 2:22-CR-00064 JAM

**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE**

  The parties, through their respective counsel, Etan Zaitsu, attorney for defendant Denis Ponce, and David Spencer, Assistant United States Attorney, stipulate to modifying Special Condition 14 once again as follows:

  "14. Your passport will be released to your custodian,      , or your attorney, **Etan Zaitsu**, on **November 9, 2022**, subject to the following conditions: a) unless otherwise authorized by Pretrial Services, your passport must be re-surrendered to the Clerk's Office for the U.S. Eastern District of California no later than **December 5, 2022, at 4:00 p.m.**; b) your passport may only be used for appointments approved by your Pretrial Services Officer."

  By previous Order of the Court, redactions to the above modification are required. Dkt. 44.

1

**Stipulation for Modification of Pretrial Release Condition**

Defense counsel requests this modification to ensure a suitable time period and procedure for the defendant to temporarily utilize his passport for appointments approved by Pretrial Services.

The parties previously stipulated to the release of the defendant's passport to his custodian for a two-week period starting October 21, 2022 and ending on November 4, 2022. According to defense counsel, however, the defendant's custodian was unable to obtain the passport during this period due to significant work obligations.

The defense now requests this new schedule for release and surrender of the defendant's passport so that the defendant may complete his appointments as permitted by Pretrial Services. In case of scheduling conflicts, the requested modification also includes a provision allowing release of the passport to the defendant's attorney.

The Government and Pretrial Services are not opposed to this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the Fourth Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part of the record herein.

IT IS SO STIPULATED

Dated:  November 7, 2022                    Respectfully submitted,

                                           /s/ Etan Zaitsu
                                           ETAN ZAITSU
                                           Attorney for Defendant
                                           DENIS PONCE

Dated:  November 7, 2022                    /s/ David Spencer
                                           DAVID SPENCER
                                           Assistant U.S. Attorney

2

**Stipulation for Modification of Pretrial Release Condition**

1
2
3
**ORDER**

4
        Based upon the foregoing stipulation of the parties, with no opposition from the pretrial

5
services officer, and good cause appearing, the Court grants the Defendant's request to modify

6
Special Condition 14 as set forth above.  The Fourth Amended Special Conditions of Pretrial

7
Release is ordered filed.  All other conditions of release are to remain in full force.

8
        **IT IS SO ORDERED.**

9
10
Dated:  November 8, 2022

11
12
_____

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**Stipulation for Modification of Pretrial Release Condition**

# *FOURTH AMENDED* SPECIAL CONDITIONS OF RELEASE

Re: Ponce Castillo, Denis Zacarias
No.: 2:22-cr-00064-JAM-2
Amended: April 29, 2022
Amended: June 25, 2022
Amended: October 18, 2022
Amended: November 7, 2022

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are released to the third-party custody of _____, and you must reside with your third party custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must not associate or have any contact with any co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within **24 hours**;

unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

12. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

13. Your release on bond will be delayed until **April 27, 2022, at 9:00 a.m.**, at which time you will be released to your third party custodian,                          . Following your release from custody, you must report directly to the Pretrial Services Office for the installation of the location monitoring equipment.

14. Your passport will be released to your custodian,                      , or your attorney, **Etan Zaitsu**, **on November 9, 2022**, subject to the following conditions: a) unless otherwise authorized by Pretrial Services, your passport must be re-surrendered to the Clerk's Office for the U.S. Eastern District of California no later than **December 5, 2022, at 4:00 p.m.**; b) your passport may only be used for appointments approved by your Pretrial Services Officer.