Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270
etan@zaitsulaw.com

Attorney for Defendant
DENIS PONCE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>DENIS PONCE<br><br>      Defendant. | Case No.: 2:22-CR-00064<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant Denis Ponce, and David Spencer, Assistant United States Attorney, that the defendant's Fourth Amended Special Conditions of Release (Dkt. 77) be modified as follows:

 1) Remove the third-party custodian requirement under Condition #2;

 2) Replace the home detention condition (current Condition #12) with the following curfew condition: "11. CURFEW: You must remain inside your residence every day from 10:30 p.m. to 8:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations";

 3) Remove Conditions #13 & #14.

**Stipulation For Modification of Pretrial Release Conditions**

*See* "Fifth Amended Special Conditions of Pretrial Release" (attached). Pretrial Services recommends these modifications based upon the defendant's continued compliance with his release conditions and his full-time employment.

The parties further stipulate and request that ▮▮▮▮▮▮▮'s[1] unsecured bond in the amount of $35,000 be removed as a surety and replaced by an unsecured bond signed by Francis Anton Abumuhor in the amount of $10,000. Pretrial Services has interviewed Mr. Abumuhor and performed a background check. Its findings, which were emailed to the parties, are as follow:

> Mr. Abumuhor self-reported he is a naturalized U.S. citizen (approximately 10 years), and presently works full time at Golden Star Auto in Sacramento, CA, earning $5,000 per month. He resides in Sacramento, California. Mr. Abumuhor is willing to co-sign an unsecured bond of $10,000.

Based upon its interview with Mr. Abumuhor and subsequent background check, Pretrial Services asserts that "Mr. Abumuhor is an appropriate surety."

After interviewing ▮▮▮▮▮▮, Pretrial Services recommends the change in surety because, for personal reasons, ▮▮▮▮▮▮ can no longer serve as a surety. Pretrial Services also approves the reduction in bond amount for the same reason it is recommending the other modifications as discussed above.

Based upon Pretrial Services recommendation and approval, the government is without objection to these modifications.

IT IS SO STIUPULATED

Dated: March 23, 2023                          Respectfully submitted,

                                               */s/ Etan Zaitsu*
                                               ETAN ZAITSU
                                               Attorney for Defendant
                                               DENIS PONCE

---

[1] By previous order of the Court, ▮▮▮▮▮▮▮'s name must be redacted in all public filings. Dkt. 44.

**Stipulation For Modification of Pretrial Release Conditions**

Dated:  March 23, 2023  /s/ David Spencer
DAVID SPENCER
Assistant U.S. Attorney

**ORDER**

Based upon the recommendation of Pretrial Services and the representations in made in the foregoing stipulation of the parties, good cause appearing, the Court grants the defendant's request to modify the Special Conditions of Release and bond package as set forth above. The Fifth Amended Special Conditions of Pretrial Release is ordered filed.  All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated:  March 27, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Modification of Pretrial Release Conditions**