IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:22-cr-00064-JAM |
| Plaintiff, | ) ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING COUNSEL** |
| DENIS ZACARIAS PONCE CASTILLO, | ) ) ) | |
| Defendant. | ) ) | |

    CJA attorney Etan Zaitsu was relieved in court on December 4, 2023. CJA Panel attorney Dina Santos is hereby **APPOINTED** effective December 5, 2023, the date the Office of the Federal Defender contacted her.

    **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: December 27, 2023    /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE