SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
DENIS PONCE-CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 22-00064 JAM |
| Plaintiff, | ) ) ) STIPULATION AND ORDER MODIFYING ) CONDITIONS OF PRE-TRIAL RELEASE ) TO EXTEND CURFEW |
| DENIS PONCE-CASTILLO, | ) ) |
| Defendant. | ) ) ) ) ) ) |

    The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant DENIS PONCE-CASTILLO, Shari Rusk, Esq., hereby agree to the following:

    The defendant is allowed to attend the wedding of his close friends, Sweeta and Asil on June 13, 2025 at 6 pm until 3 a.m. He is permitted to stay out past his curfew for the wedding celebration to be held at the Grand Pavilion Banquet Hall at 26 Massie Court, Sacramennto, CA, 95823.

    Pre-trial Services has no objection to this request. Mr. Ponce Castillo's sureties, Cecilia Chacon and Ahmed Asil Shams hereby agree to this curfew modification.

Dated: June 4, 2025        /s/ Shari Rusk

SHARI RUSK
Attorney for Defendant
DENIS PONCE-CASTILLO

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney


/s/ Denis Ponce Castillo
Denis Ponce Castillo
Defendant


/s/ Cecilia Chacon
Cecilia Chacon
Surety

/s/ Ahmed Asil Shams
Ahmed Asil Shams
Surety

cc: Margarita Zepeda, PTSO

## **ORDER**

It is so ordered that Mr. Ponce-Castillo may have an extended curfew to attend this June 13, 2025 Wedding.

IT IS SO ORDERED.

Dated:   June 6, 2025                            _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE