SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
DENIS PONCE-CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 22-00064 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER MODIFYING |
| | ) | CONDITIONS OF PRE-TRIAL RELEASE |
| | ) | TO EXTEND CURFEW |
| DENIS PONCE-CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant DENIS PONCE-CASTILLO, Shari Rusk, Esq., hereby agree to the following:

The defendant is allowed to attend the wedding of his close friends on April 18, 2026 at 6 pm until midnight. He is permitted to stay out past his curfew for the wedding celebration to be held at the Pearl Event Hall at El Camino Ave.,  Sacramennto, CA.

Pre-trial Services has no objection to this request.  Mr. Ponce Castillo's sureties, Cecilia Chacon and Ahmed Asil Shams hereby agree to this curfew modification.

Dated:  April 17, 2026

/s/ Shari Rusk

SHARI RUSK
Attorney for Defendant
DENIS PONCE-CASTILLO

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

/s/ Denis Ponce Castillo
Denis Ponce Castillo
Defendant

/s/ Cecilia Chacon
Cecilia Chacon
Surety

 /s/ Ahmed Asil
Shams
Ahmed Asil Shams
Surety

cc: Margarita Zepeda, PTSO

## **ORDER**

It is so ordered that Mr. Ponce-Castillo may have an extended curfew to attend this April 18, 2026 Wedding.

Dated:  April 17, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE